UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEZI ADSUARA,<br><br>        Plaintiff,<br><br>    v.<br><br>SOLANO COUNT SHERIFF'S MENTAL HEALTH DEPARTMENT,<br><br>        Defendants. | No. 2:13-cv-1164 LKK DAD P<br><br><br>FINDINGS & RECOMMENDATIONS |

By order filed January 30, 2014, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Thirty days from that date have now passed, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

/////

/////

1

time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  March 11, 2014

                               /s/ Dale A. Drozd
                               DALE A. DROZD
                               UNITED STATES MAGISTRATE JUDGE

DAD:9
adsu1164.fta